# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA R. CIGELSKE, Personal Representative of the Estate of AULDEN W. MILLER,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, f/k/a BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a corporation,<br><br>Defendant. | Case No. 19cv1598-MMA (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 6] |

Melissa R. Cigelske, Personal Representative of the Estate of Aulden W. Miller, ("Plaintiff") and BNSF Railway Company f/k/a Burlington Northern and Santa Fe Railway Company ("Defendant") move to dismiss this action with prejudice. Doc. No. 6. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety **with prejudice**. Each party must bear its own costs and attorneys' fees. The Court **ORDERS** the Clerk of Court to close the case.

    **IT IS SO ORDERED**.

Dated: November 15, 2019

_Michael M. Anello_

Hon. Michael M. Anello
United States District Judge